Case 1:23-mj-00334-MAU   Document 1-1   Filed 12/0...

Case: 1:23-mj-00334
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 12/1/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On November 29, 2023 at approximately 6:34 p.m., Metropolitan Police Department ("MPD") Officer Schemmel was viewed an Instagram Live streaming video of an individual who he knew as Mr. Mikial Williams, with the date of birth 03/12/2000 ("Defendant Williams"). Officer Schemmel has been directly involved in custodial arrests, contacts, stops and viewing social media that involve Defendant Williams. Officer Schemmel has known Defendant Williams since approximately 2021. In September 2023, Defendant Williams consented to Officer Schemmel searching Defendant Williams' silver Honda.

Officer Schemmel saw Defendant Williams on Instagram Live using the Instagram handle "icomefrmnothing." Defendant Williams wore a black hat with white writing "Celine", white T-shirt with a black long sleeve undershirt, black jeans, a black belt with a "Gucci" symbol, a chain around his neck with "Northeast" pendant, a silver in color watch and a gold in color bracelet.

During this live stream video, Defendant Williams appeared to be inside of a residence conversing with his followers when other accounts began to instigate Defendant Williams. Defendant Williams responded by grabbing a black handgun with a laser attachment. During the Instagram Live, Defendant Williams turned on the laser and it emitted a green-colored beam. Officer Schemmel also saw a large magazine protruding from the magazine well of the handgun.

Defendant Williams brandished the firearm several times though out his Instagram Live stream video. When Defendant Williams brandished the firearm, Officer Schemmel was able to see very specific details about the firearm and accessories. Officer Schemmel's made the following observations while viewing the Instagram Live stream video:

The Handgun:
- The slide of the handgun has a worn black with a black handle.
- The grip of the firearm had grooves that were milled for the placement of the user's fingers (common with Gen 3 and Gen 4 Glocks).
- The rear sights of the handgun were black with a white "U" printed on them (common with Glock factory sights).

The Laser attachment:
- A portion of the laser attachment had 3 holes near the slide, and 2 holes closer to trigger guard that appeared to be empty screw holes and a 3rd hole that had screw placed inside of it.
- The laser attachment emitted a green-colored beam.
- There was a button near the trigger guard.

The Magazine:
- A large black magazine with a black in color magazine baseplate loaded into the magazine well.

On November 30, 2023 at approximately 6:40 p.m., members of the 6th District Crime Suppression team, including Sergeant Hiller (Driver), Officer Moore (Front Passenger) and Officer Schemmel (Rear Passenger Seat), were patrolling in front of 5000 block of H Street, Southeast, Washington, D.C. 20019.

The 5000 block of H Street, Southeast is a high-crime area known for narcotics distribution, including heroin, crack, and marijuana, as well as shootings and firearm possession.

Officers Moore and Schemmel got out of the patrol vehicle on the 5000 block of H Street, Southeast. There were several individuals on the block, including Defendant Williams.

Officer Schemmel saw Defendant Williams walking down the 5000 block of H Street, Southeast wearing the same hat and chain that he was wearing in the Instagram Live video the day before. Officer Schemmel and Officer Moore attempted to speak to Defendant Williams. Defendant Williams immediately took out his phone and appeared to begin filming Officer Moore and Officer Schemmel.

Officer Schemmel found this behavior to be abnormal because in previous interactions that Officer Schemmel had with Defendant Williams, Defendant Williams engages in conversation with Officer Schemmel. Officer Schemmel continued to observe Defendant Williams as he walked down the block. Defendant Williams walked away at an abnormal pace and continuously looked over his shoulder back towards officers. Officer Schemmel saw Defendant Williams walk past a group of his associates without speaking. Officer Schemmel advised other members of the Sixth District Crime Suppression Team to stop Defendant Williams in reference to the previous mentioned Instagram Live streaming video where he was in possession of a firearm and due to his abnormal behavior on this day.

Officers attempted to stop Defendant Williams. Defendant Williams ran onto Benning Road, Southeast, where he was hit by a car. MPD assisted Defendant Williams to the side of the road after he was struck by the vehicle. Defendant Williams was subsequently stopped by MPD, who also called for medical aid.

Officer Schemmel conducted a query of Defendant Williams through WALES/NCIC which came back with a Parole Violation through the US Marshals Service (warrant number W933761388).

Defendant Williams was placed under arrest for Fugitive from Justice.

Officers were aware that Defendant Williams previously lived in the 4300 block of 3rd Street Southeast which is not within walking distance of the 5000 block of H Street Southeast.

While laying on the ground, Defendant Williams gave his car keys to a relative who was on scene. Defendant Williams advised his friends and family that his car was parked by 3rd street which is not the area where Officer Moore located the below-mentioned vehicle. The keys were passed to a third party. MPD then recovered the Honda car keys after Defendant Williams was arrested.

Officer Moore went to the rear of 5012 H Street, Southeast, a parking lot approximately a block from the arrest location where carjacked vehicles are known to often be recovered. Officer Moore found a silver Honda. On prior occasions, Crime Suppression Team officers previously had made contact with Defendant Williams inside of a silver Honda.

The Honda car key recovered during Defendant Williams' arrest was able to unlock the silver Honda parked in the parking lot.  Officer Moore requested a firearms K-9 to conduct an open-air sniff of the Honda.

K9-25 responded and started an open-air sniff of the silver Honda at 7:57 p.m. The K9 gave a positive indication of the vehicle at 7:57 p.m.

Officers used the Honda key to unlock the vehicle and searched the vehicle. During the search of the vehicle officers found that the glove box located in front of the front passenger seat was locked. Officer Moore used the key that was recovered from Defendant Williams' person to unlock the glove box and discovered a handgun. The firearm was a Glock 19 9 millimeter semi-automatic with a serial number UAX012. The firearm was loaded with 30 bullets in a magazine capable of holding 31 bullets. The firearm was loaded with one bullet in the chamber. The firearm has a laser attachment that emitted a green beam. A portion of the laser attachment had 3 holes near the slide, and 2 holes closer to trigger guard that appeared to be empty screw holes and a 3rd hole that had screw placed inside of it.

The firearm, including the extended magazine and green laser attachment, recovered from the silver Honda appears to be the same firearm Defendant Williams possessed in the Instagram Live video from November 29, 2023.

Officers also recovered a Chuck E. Cheese photo of Defendant Williams with a young child on the dash of the vehicle.

There are no firearm or ammunition manufacturers in Washington, D.C. Therefore, the firearm travelled in interstate commerce.

Defendant Williams has been convicted of a crime for which he was sentenced to more than one year of incarceration. He was convicted of Unlawful Possession of a Firearm (Prior Conviction) in D.C. Superior Court case number 2022 CF2 000602. The Honorable Michael Ryan sentenced Defendant Williams to 14 months incarceration on August 2, 2022.

*Applicant's signature*

Thomas Schemmel, Officer
*Printed name and title*

OFFICER THOMAS SCHEMMEL
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __1st__ day of December 2023.*

MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE